STEVEN W. MYHRE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| SUSANNE SALVATI-BRYANT,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:17-cv-01406-JAD-CWH<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**AND ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) with instructions to convene another administrative hearing and reconsider whether Plaintiff remained capable of performing her past relevant work, or, in the alternative, other work that exists in significant numbers within the national economy. The ALJ will vacate the previous decision, take any further action deemed necessary to develop the record, reassess Plaintiff's RFC, and issue a new decision.

Respectfully submitted,

Date: December 13, 2017        LAW OFFICE OF HEATHER FREEMAN, PLLC

By:   /s/* Heather Freeman
      HEATHER FREEMAN
      *authorized by email on December 13, 2017

      Attorneys for Plaintiff

Date: December 13, 2017        STEVEN W. MYHRE
                               Acting United States Attorney

By:   /s/ Michael K. Marriott
      MICHAEL K. MARRIOTT
      Assistant Regional Counsel

      Attorneys for Defendant

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that **this matter is REMANDED** under sentence four of 42 U.S.C. § 405(g) for a new hearing and decision. Upon remand, the Office of Disability Adjudication and Review must remand this case to an ALJ with instructions to vacate the prior decision, convene another administrative hearing and reconsider whether the plaintiff remained capable of performing her past relevant work or other work that exists in significant numbers within the national economy, and take any further action deemed necessary to develop the record, reassess plaintiff's RFC, and issue the new decision. The pending motion to remand **[16] is DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 13, 2017