# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Susanne Salvati-Bryant

                Plaintiff,

v.

Nancy A. Berryhill, Acting Commissioner,
Social Security Administration

                Defendant.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number:   2:17-cv-01406-JAD-CWH

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for attorney fees is hereby entered in favor of Salvati-Bryant and against the Commissioner in the amount of $5,300, less any applicable processing fees allowed by statute.

July 18, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk