# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Susanne Salvati-Bryant | JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:17-cv-01406-JAD-CWH |
| Nancy A. Berryhill | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Salvati-Bryant and against the Commissioner in the amount of $10,887.25, less any applicable processing fees allowed by statute. Freeman must also refund $4,900 to Salvati-Bryant.

| | |
|---|---|
| 10/7/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |